IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Rizk, Hisham | Case Number: 08 B 10572 |
|---|---|---|
| | Hernandez, Charisse | Judge: Wedoff, Eugene R |
| | Printed: 10/14/08 | Filed: 4/28/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: August 14, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 690.47 | |
| Secured: | | 183.54 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 12.76 |
| Other Funds: | | 494.17 |
| Totals: | 690.47 | 690.47 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Fifth Third Bank | Secured | 0.00 | 0.00 |
| 2. | GMAC Auto Financing | Secured | 0.00 | 0.00 |
| 3. | BMW Financial Services | Secured | 970.00 | 59.01 |
| 4. | Wachovia Dealer Services | Secured | 3,248.00 | 0.00 |
| 5. | Ford Motor Credit Corporation | Secured | 2,047.25 | 124.53 |
| 6. | Fifth Third Bank | Secured | 728.00 | 0.00 |
| 7. | Ford Motor Credit Corporation | Unsecured | 16,723.75 | 0.00 |
| 8. | Wachovia Dealer Services | Unsecured | 6,835.27 | 0.00 |
| 9. | Resurgent Capital Services | Unsecured | 1,559.06 | 0.00 |
| 10. | Ford Motor Credit Corporation | Unsecured | 27,807.74 | 0.00 |
| 11. | GE Money Bank | Unsecured | 501.51 | 0.00 |
| 12. | JP Morgan Chase Bank | Unsecured | 27,936.95 | 0.00 |
| 13. | RoundUp Funding LLC | Unsecured | 2,505.52 | 0.00 |
| 14. | Discover Financial Services | Unsecured | 1,270.36 | 0.00 |
| 15. | Resurgent Capital Services | Unsecured | 4,540.88 | 0.00 |
| 16. | Jefferson Capital Systems LLC | Unsecured | 256.28 | 0.00 |
| 17. | ECast Settlement Corp | Unsecured | 6,601.91 | 0.00 |
| 18. | Barbara Slusarczyk | Unsecured | 102.30 | 0.00 |
| 19. | American Express | Unsecured | 913.47 | 0.00 |
| 20. | Bass & Associates | Unsecured | 74.92 | 0.00 |
| 21. | BMW Financial Services | Unsecured | 10,408.19 | 0.00 |
| 22. | Northwestern Leasing Systems Inc | Unsecured | 1,008.01 | 0.00 |
| 23. | US Bank Home Mortgage | Secured | | No Claim Filed |
| 24. | Home State Bank | Secured | | No Claim Filed |
| 25. | Harris N A | Secured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Rizk, Hisham | | Case Number: 08 B 10572 |
|---|---|---|---|
| | Hernandez, Charisse | | Judge: Wedoff, Eugene R |
| | Printed: 10/14/08 | | Filed: 4/28/08 |

| | | | | |
|---|---|---|---|---|
| 26. | DaimlerChrysler Servs North America | Secured | | No Claim Filed |
| 27. | Village of Mount Prospect | Priority | | No Claim Filed |
| 28. | Village Of Rosemont | Priority | | No Claim Filed |
| 29. | Village of Mount Prospect | Priority | | No Claim Filed |
| 30. | Village Of Palatine | Priority | | No Claim Filed |
| 31. | Home State Bank | Unsecured | | No Claim Filed |
| 32. | AFNI | Unsecured | | No Claim Filed |
| 33. | Anthony P Merza MD | Unsecured | | No Claim Filed |
| 34. | Credit First | Unsecured | | No Claim Filed |
| 35. | First Bank | Unsecured | | No Claim Filed |
| 36. | Illinois Bone & Joint Institute | Unsecured | | No Claim Filed |
| 37. | University of Illinois | Unsecured | | No Claim Filed |
| 38. | Meadows Dental Group | Unsecured | | No Claim Filed |
| 39. | Cingular Wireless | Unsecured | | No Claim Filed |
| 40. | Swedish Covenant Hospital | Unsecured | | No Claim Filed |
| 41. | GMAC Auto Financing | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 116,039.37 | $ 183.54 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 12.76 |
| | _____ |
| | $ 12.76 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

